JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ROBINSON,<br><br>             Plaintiff,<br><br>vs.<br><br>SUNSTATE EQUIPMENT CO., LLC,<br><br>             Defendant. | CASE NO. CV10-007058 DMG (MANx)<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE** [5] |

Having considered the Stipulation of Dismissal with prejudice signed by all parties, the Court hereby orders that this case is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: December 27, 2010                    *Dolly M. Gee*
                                                                   Honorable Dolly M. Gee

12107414.1                                          ORDER RE STPULATION OF DISMISSAL WITH PREJUDICE